of obstructions to interstate commerce in bituminous coal.

## Conclusion.

For these reasons and with all respect to the able tribunals which have declared to the contrary, we deem the agency rule to be inapplicable and the coal company, not the railroad company, to be the producer of coal within the meaning of the act. It follows that the exemptions sought by the petitioner must be denied.

Accordingly the order of the Director is affirmed.

counsel for the appellee, the appellant not being represented in person or by counsel; and it appearing that the appellant has an adequate remedy at law, and that no special and extraordinary circumstances exist (Miller, Collector, v. Standard Nut Margarine Co. of Florida, 284 U.S. 498, 509–511, 52 S.Ct. 260, 76 L.Ed. 422) which entitle the appellant to an injunction restraining the assessment and collection of a tax (26 U.S. C.A. Int.Rev.Code, § 3653):

It is ordered that the judgment appealed from be, and it hereby is affirmed.

---

## OHIO STATE NURSES' ASS'N v. BUSEY, Collector of Internal Revenue
### No. 8630.

Circuit Court of Appeals, Sixth Circuit.
May 15, 1941.

Agnes B. Dickinson, of Columbus, Ohio, and Kenneth M. Petri, of Galion, Ohio, for appellant.

Loren G. Windom, Asst. U. S. Atty., of Columbus, Ohio, for appellee.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

ALLEN, Circuit Judge.

This case came on to be heard upon the record and briefs and oral argument of

## GENERAL TOOL & ENGINEERING CO. v. COMMISSIONER OF INTERNAL REVENUE.
### No. 8664.

Circuit Court of Appeals, Sixth Circuit.
May 15, 1941.

Raymond A. Fox, of Detroit, Mich., for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, John W. Smith, and Michael H. Cardozo, IV, all of Washington, D. C., for respondent.

Before SIMONS, ALLEN, and MARTIN, Circuit Judges.